**Order entered May 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00040-CV

## IN THE INTEREST OF B.P. AND S.P., CHILDREN

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-20-04783

## ORDER

We **REINSTATE** this appeal.

As directed by this Court, the trial court conducted a hearing and signed an order on appellant's Rule 306a motion finding that appellant or his counsel first either received notice or acquired actual knowledge of the judgment on November 19, 2021. *See* TEX. R. CIV. P. 306a(5); TEX. R. APP. P. 4.2(c). In light of the trial court's finding, appellant's notice of appeal filed on December 10, 2021 was timely. Accordingly, we **DENY** appellant's motion for an extension of time to file his notice of appeal as moot.

Because the clerk's and reporter's records have been filed, appellant shall file his brief on the merits **within thirty days** of the date of this order.

/s/     KEN MOLBERG
        JUSTICE